# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

_Civil_____ Division

Philip Wilson (pro-se)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Ford Motor Service Company, Grieco Ford Delray Beach and American Credit Accecptance Corporation

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED BY __MEF__ D.C.

JAN 27 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Philip Wilson (pro-se litigant) |
| Street Address | 7050 West Palmetto Park Road 15-233 |
| City and County | Boca Raton, Palm Beach County |
| State and Zip Code | Florida , 33433 |
| Telephone Number | 561-409-7948 |
| E-mail Address | pisceswilson@yahoo.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Ford Motor Service Comapny |
| Job or Title (if known) | Registered Agent- Chief Financial Officers Corp; |
| Street Address | 200 East Gaines Street |
| City and County | Tallahassee, Leon County |
| State and Zip Code | Florida, 32399 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Grieco Ford -Delray Beach LLC |
| Job or Title (if known) | Registered Agent -Kenneth Paretti |
| Street Address | 1 South East 3rd Ave suite 1405 |
| City and County | Miami -Miami-Dade |
| State and Zip Code | Florida 33131 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | America Credit Acceptance |
| Job or Title (if known) | Registered Agent- C T Corporation |
| Street Address | 1200 South Pine Island Road |
| City and County | Plantation |
| State and Zip Code | Florida, 33324 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Title 15 U.S. Code Sec; 2301 Magnuson-Moss Warranty ACT,

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff states that a product liability claim is in order for Defendant 1 Ford, the Plaintiff has suffer great undue hardship by Ford because of the extremely poor manufacturing and production of the vehicle the Plaintiff owns it has numerous faults and flaws that could have only been caused by the lack of production from the factory The constant breakdown and problems have caused the Plaintiff to mental and emotional distress at levels not suffered since the embassy bombing in Beiruit, Def 2 also caused Plaintiff the same injuries by negligent and poor workmanship in the "so called" repair of the Plaintiffs' vehicle. The vehicle has a water leak that was not repaired even though Def 2 6 months ago said it was, now the vehicle is beyond repair. Both Def 1 and 2 breached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Because of the actions listed above that have been done by the trio of Defendants the Plaintiff is seeking damages for 1. BREACH OF WARRANTY, 2. BREACH OF CONTRACT, 3. VIOLATIONS OF THE MAGNUSON MOSS WARRANTY ACT, 4. VIOLATION OF FLA; STAT; 559.920 SEC 3, 5. INTENTIONAL INFLICTION OF MENTAL AND EMOTIONAL DISTRESS, 6. DEPRIVATION OF THE PLAINTIFF RIGHT TO A LIVELIHOOD. The Plaintiff has suffered great harm by the actions of the Defendants. Plaintiff is having dreams doing things that are unspeakable because of the stress and constant working about this vehicle. The Plaintiff wakes up at night crying

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff is seeking $250,000 from the 3 Defendants because they acted recklessly and without disregard how their actions would affect the Plaintiff. The Plaintiff has suffered great mental and emotional distress because Defendants 1 and 2 showed no concern or willingness to honor their responsibilities under the manufactures extended warranty or their responsibility under the Magnuson-Moss Warranty act which by law requires them to act in a timely and responsible

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff states that a product liability claim is in order for Defendant 1 Ford, the Plaintiff has suffer great undue hardship by Ford because of the extremely poor manufacturing and production of the vehicle the Plaintiff owns it has numerous faults and flaws that could have only been caused by the lack of production from the factory The constant breakdown and problems have caused the Plaintiff to mental and emotional distress at levels not suffered since the embassy bombing in Beiruit, Def 2 also caused Plaintiff the same injuries by negligent and poor workmanship in the "so called" repair of the Plaintiffs' vehicle.The vehicle has a water leak that was not repaired even though Def 2 6 months ago said it was, now the vehicle is beyond repair. Both Def 1 and 2 breached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Because of the actions listed above that have been done by the trio of Defendants the Plaintiff is seeking damages for 1. BREACH OF WARRANTY, 2. BREACH OF CONTRACT, 3. VIOLATIONS OF THE MAGNUSON MOSS WARRANTY ACT, 4. VIOLATION OF FLA; STAT; 559.920 SEC 3, 5. INTENTIONAL INFLICTION OF MENTAL AND EMOTIONAL DISTRESS, 6. DEPRIVATION OF THE PLAINTIFF RIGHT TO A LIVELIHOOD. The Plaintiff has suffered great harm by the actions of the Defendants. Plaintiff is having dreams doing things that are unspeakable because of the stress and constant working about this vehicle. The Plaintiff wakes up at night crying

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V.     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

   A.     **For Parties Without an Attorney**

   I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

   Date of signing:      01/27/2023

   Signature of Plaintiff     *[signature]*
   Printed Name of Plaintiff  Philip Wilson (pro-se)

   B.     **For Attorneys**

   Date of signing:

   Signature of Attorney
   Printed Name of Attorney
   Bar Number
   Name of Law Firm
   Street Address
   State and Zip Code
   Telephone Number
   E-mail Address